**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2026

May 19, 2026

Hon. Mary Kay Vyskocil
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Nikac, et al,
26 Cr. 113 (MKV)

Your Honor,

I write on behalf of the parties to advise the Court of the status of the case and to request a sixty day adjournment of the May 26, 2026 conference date.

The government has produced a substantial amount of discovery and continues to do so on a rolling basis.

The adjournment is requested to give defense counsel time to obtain and review the discovery with our clients, some of whom are incarcerated. If granted, the time between May 26, 2026 and the adjourned date should be excluded from speedy trial time as the adjournment is for necessary discovery review.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**Granted. SO ORDERED.**
Conference is adjourned to July 28th, 2026 at 2:30pm. All time is excluded until July 28th under the Speedy Trial Act. Parties are directed to file a status letter one week before.

Date: 5/20/2026
New York, New York

Mary Kay Vyskocil
United States District Judge