USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 7/24/2026

Konta, Georges, and Buza, P.C.
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

July 24, 2026

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Nikac,* 26 CR 113 (MKV)**

Dear Judge Vyskocil:

I represent Daniel Nikac pursuant to the above-captioned matter. A status conference is currently scheduled for July 28, 2026, at 2:30 p.m. I am currently on trial in New York State Supreme Court in *People of the State of New York v. Tyquan Buchanan*, Indictment number 73058/2025. The trial is expected to continue into the afternoon of July 28, 2026. Accordingly, I write the Court to seek permission for Jame E. Neuman, who is counsel for one of Mr. Nikac's co-defendants, to appear on Mr. Nikac's behalf in my place during the July 28th status conference. I have spoken to Mr. Nikac and informed him about my scheduling conflict and he has no objection to this request given the circumstances.

Respectfully Submitted,

/s/

John P. Buza

**Granted. SO ORDERED.**

Date: 7/24/2026
New York, New York

Mary Kay Vyskocil
United States District Judge