USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Daniel Nikac,
Sefkija Vucetovic,
Musa Gashi,
Liridon Gashi,
Adem Gjevukaj,
Miralem Ljuljanovic,

Defendants.

26-cr-113 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter motion seeking the release pending trial of Liridon Gashi. [ECF No. 54]. The Government reportedly opposes the application. *Id.* at 1. Accordingly, on or before August 28, 2026, the Government shall file a letter setting forth its position and, as applicable, proposing dates for a detention hearing. *See United States v. Sabhnani*, 493 F.3d 63, 75 (2d Cir. 2007).

**SO ORDERED.**

**Date: August 25, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**